IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HOLLY HELMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-1115 |
| § | |
| BANK OF AMERICA, N.A., *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL

This court held an initial conference in this case on May 14, 2013. The plaintiff, proceeding *pro se*, failed to appear. Defense counsel has made several unsuccessful attempts to contact the plaintiff at the address and telephone she provided the court. The plaintiff also failed to confer with the defendants, as required by Rule 26(f) of the Federal Rules of Civil Procedure. (Docket Entry No. 9, at 1 n.1). The defendant filed a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure, to which the plaintiff failed to reply.

The plaintiff's suit is dismissed for failure to state a claim, based on the grounds set out in the motion to dismiss, because of her repeated and unexplained failures to comply with this court's orders and with her obligations under the Federal Rules of Civil Procedure, and because of her failure to prosecute her claims.

SIGNED on May 15, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge